UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  24-CV-22624-RAR

**RAYMOND T. MAHLBERG**,

    Plaintiff,

v.

**BOCONCEPT USA INC**,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff **Raymond T. Mahlberg**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case.  The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Notice or Stipulation of Dismissal will be filed within sixty (60) days.

Dated this 28th day ofAugust 2024.

                                                    By:  */s/ Acacia Barros*
                                                  Acacia Barros, Esq.
                                                  Fla. Bar No. 106277
                                                  **ACACIA BARROS, P.A.**
                                                  11120 N. Kendall Dr., Suite 201
                                                  Miami, Florida 33176
                                                  Telephone: 305-639-8381
                                                  ab@barroswlawfirm.com
                                                  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney.

/s/ Acacia Barros
Acacia Barros, Esq.
ACACIA BARROS, P.A