UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22624-RAR

**RAYMOND T. MAHLBERG**,

    Plaintiff,

v.

**BOCONCEPT USA INC.**,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Dismissal, [ECF No. 15]. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida this 31st day of October, 2024.

                                                             _____
                                                             **RODOLFO A. RUIZ II**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record